May 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHERYL JONES D/B/A EAGLE REALTY GROUP, Appellant

NO. 14-14-00805-CV                    V.

MARY GAYE, SAMIA RECHACHE AND FIRST CLASS REALTY, INC.,
Appellees

_____

 Today the Court heard the parties' joint motion to vacate the judgment signed by the court below on July 7, 2014, and remand for entry of judgment pursuant to the parties' agreement. Having considered the motion and found it meritorious, we order the trial court's judgment **VACATED** and **REMAND** to the trial court for entry of judgment pursuant to the parties' agreement.

 We further order that each party shall pay its costs by reason of this appeal.

 We further order that mandate be issued immediately.

 We further order this decision certified below for observance.